UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NAUGHTON,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C14-0819-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

The Court previously remanded this matter pursuant to sentence six of 42 U.S.C. § 405(g), and directed the parties to move for entry of judgment in the event further proceedings were fully favorable to plaintiff. (*See* Dkts. 15 & 16.) The parties now present a Stipulated Motion to Reopen for Entry of Judgment (Dkt. 17) based on a fully favorable decision awarding plaintiff disability insurance benefits (*see* Dkt. 17-1).

Considering the fully favorable decision and the stipulation of the parties, the Court recommends judgment be entered and this case closed. The Court recommends United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and direct the Clerk to enter judgment for plaintiff and close this case. A proposed order

REPORT AND RECOMMENDATION
PAGE - 1

accompanies this Report and Recommendation.

DATED this <u>8th</u> day of March, 2016.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2