UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL NAUGHTON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C14-0819-RSL

ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF FOR AN AWARD OF BENEFITS

The Court has reviewed the stipulation of the parties to enter judgment in favor of plaintiff (Dkt. 17), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Social Security Administration has conducted a hearing and issued a fully favorable decision, awarding plaintiff benefits. The Court therefore issues judgment in favor of plaintiff in this case, and

///

///

ORDER ENTERING JUDGMENT IN FAVOR OF
PLAINTIFF FOR AN AWARD OF BENEFITS
PAGE - 1

(3)  The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of March, 2016.

*ROBERT S. LASNIK*
United States District Judge

ORDER ENTERING JUDGMENT IN FAVOR OF
PLAINTIFF FOR AN AWARD OF BENEFITS
PAGE - 2